*United States District Court for the Northern District of Illinois*

Case Number: 18CV2283  Assigned/Issued By: DJ

Judge Name: KENNELLY  Designated Magistrate Judge: COLE

**FEE INFORMATION**

*Amount Due:* ☑ $400.00  ☐ $46.00  ☐ $5.00
☐ IFP  ☐ No Fee  ☐ Other _____
☐ $505.00

Number of Service Copies _____  Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 400.00  Receipt #: 4624200694

Date Payment Rec'd: 03/29/18  Fiscal Clerk: DJ

**ISSUANCES**

☑ Summons  ☐ Alias Summons
☐ Third Party Summons  ☐ Lis Pendens
☐ Non Wage Garnishment Summons  ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons
☐ Citation to Discover Assets  (Victim, Against and $ Amount)
☐ Writ _____
(Type of Writ)

1 Original and 1 copies on 03/29/18 as to _____
(Date)

SPRINT CORPORATION.