C            UNITED STATES DISTRICT COURT      18-050557
                 NORTHERN DISTRICT OF ILLINOIS   2018 MAY 15 PM 1:05

SCOTT COLIN MILLER

VS                            CASE NO.1:18-CV-02283

SPRINT CORPORATION

JEROME PAUL        Being first duly sworn on oath deposes and says that he is over the age of 21 and not a party to this cause.

That he served the within     SUMMONS IN A CIVIL ACTION
                               COMPLAINT OF EMPLOYMENT DISCRIMINATION

**FILED**

MAY 15 2018

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

On the within named Defendant SPRINT CORPORATION

by leaving the above mentioned documents with
KEYSHA HALL (OFFICE MANAGER/AUTHORIZED AGENT)
who is authorized to accept service of these documents on 05/08/2018, and informing that person of the contents thereof.
*************************************************************************

The Sex, Race and Approximate Age of the person with whom he left the documents were as follows:

Sex:          FEMALE            Height: 5'05"
Race:         BLACK             Weight: 130
Age:          45

The place and time of day where the documents were served was as follows:

Place:       1901 N ROSELLE RD, STE 500
             SCHAUMBURG, IL 60195
Time:        9:15AM
*************************************************************************
I certify under penalty of perjury under the laws of the United States that the foregoing is true and accurate.

Executed on 05/13/2018

                                              PROCESS SERVER

AO 440 (Rev. 06/12) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

Scott Colin Miller )
)
)
)
*Plaintiff(s)* )
v. ) 1:18-cv-02283
) Judge Matthew F. Kennelly
Sprint Corporation ) Magistrate Judge Jeffrey Cole
)
)
*Defendant(s)* )

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

Sprint Corporation
1901 N. Roselle Rd.
Schaumburg, IL. 60195

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Scott Miller
14838 W. River Oaks Dr.
Lincolnshire, IL. 60069

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: MAR 2 9 2018

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*
was received by me on *(date)* .

❐ I personally served the summons on the individual at *(place)*
                             on *(date)*       ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)*
             , a person of suitable age and discretion who resides there,
on *(date)*       , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)*               , who is
designated by law to accept service of process on behalf of *(name of organization)*
                             on *(date)*       ; or

❐ I returned the summons unexecuted because                     ; or

❐ Other *(specify)*:

My fees are $      for travel and $      for services, for a total of $   0.00 .

I declare under penalty of perjury that this information is true.

Date:

                                *Server's signature*

                               *Printed name and title*

                               *Server's address*